THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERIMIE DIXON,<br><br>                Plaintiff,<br><br>    v.<br><br>KIZUKI FIFE REAL ESTATE LLC,<br><br>                Defendant. | No. 3:22-cv-05713-DGE<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT BY 30 DAYS** |

Pursuant to Local Civil Rules 7(j) and 10(g), Plaintiff Jerimie Dixon ("Plaintiff") and Defendant Kizuki Fife Real Estate LLC ("Defendant") hereby submit this stipulated motion to extend Defendant's time to move, plead, or otherwise respond to Plaintiff's Complaint by 30 days to December 9, 2022.

WHEREAS, Defendant was first served with the Complaint in this matter on October 19, 2022 and, pursuant to Fed. R. Civ P. 12(a)(1)(A)(1), Defendant's current deadline to move, plead, or otherwise respond to the Complaint is November 9, 2022.

WHEREAS, good cause exists to extend Defendant's deadline to respond to Plaintiff's Complaint by 30 days because the Defendant only recently retained counsel in this matter, who is still familiarizing itself with the details of this case.

STIPULATED MOTION AND ORDER TO EXTEND
ANSWER DEADLINE – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

WHEREAS, this stipulated motion is filed in good faith and not for the purposes of delay, and will not alter any other dates or schedules previously set by this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Defendant and Plaintiff, subject to the Court's approval, that the deadline for Defendant to move, plead, or otherwise respond to Plaintiff's Complaint is extended by 30 days to December 9, 2022.

DATED: November 8, 2022

s/ Ian Rogers, WSBA No. 46584
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: Irogers@perkinscoie.com

*Attorneys for Defendant Kizuki Fife Real Estate LLC*

s/ Conner G. Spani, WSBA No. 58788
Law Office of Conner G. Spani
PO Box 47162
Seattle, WA 98146-7162
E-mail: Conner.Spani@spanilaw.com

*Attorneys for Plaintiff Jerimie Dixon*

STIPULATED MOTION AND ORDER TO EXTEND
ANSWER DEADLINE – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## ORDER

**IT IS SO ORDERED.**

Dated this 16th day of November, 2022

David G. Estudillo
United States District Judge

Presented by:

s/ Ian Rogers, WSBA No. 46584
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: Irogers@perkinscoie.com

*Attorneys for Defendant Kizuki Fife Real Estate LLC*

s/ Conner G. Spani, WSBA No. 58788
Law Office of Conner G. Spani
PO Box 47162
Seattle, WA 98146-7162
E-mail: Conner.Spani@spanilaw.com

*Attorneys for Plaintiff Jerimie Dixon*

STIPULATED MOTION AND ORDER TO EXTEND ANSWER DEADLINE – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000