THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERIMIE DIXON,<br><br>                Plaintiff,<br><br>        v.<br><br>KIZUKI FIFE REAL ESTATE LLC,<br><br>                Defendant. | No. 3:22-cv-05713-DGE<br><br>**STIPULATED MOTION AND ORDER EXTENDING EARLY CASE DEADLINES BY 60 DAYS** |

Pursuant to Local Civil Rules 7(j) and 10(g), Plaintiff Jerimie Dixon ("Plaintiff") and Defendant Kizuki Fife Real Estate LLC ("Defendant") hereby submit this stipulated motion to extend the early case deadlines in this matter by 60 days.

WHEREAS, Defendant's current deadline to move, plead, or otherwise respond to the Complaint is December 9, 2022, and the deadlines for the FRCP 26(f) conference, initial disclosures, joint status report, and initial scheduling conference follow shortly afterward.

WHEREAS, good cause exists to extend these deadlines by 60 days because the parties are discussing a potential resolution of this litigation and the requested extension may allow them to avoid the need to expend resources on filings that would be unnecessary if the parties successfully resolve this dispute.

STIPULATED MOTION AND ORDER TO EXTEND
EARLY CASE DEADLINES – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1       WHEREAS, this stipulated motion is filed in good faith and not for the purposes of

2  delay.

3       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among

4  Defendant and Plaintiff, subject to the Court's approval, the early case deadlines be amended as

5  follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Defendant's deadline to move, plead, or otherwise respond to Plaintiff's Complaint | December 9, 2022 | February 7, 2023 |
| Deadline to Conduct FRCP 26(f) Conference: | January 11, 2023 | March 13, 2023 |
| Deadline to Exchange Initial Disclosures Pursuant to FRCP 26(a)(1): | January 18, 2023 | March 20, 2023 |
| Deadline to File Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | January 25, 2023 | March 27, 2023 |
| Scheduling Conference | February 3, 2023 | April 4, 2023 |

DATED:  December 1, 2022

s/ Ian Rogers, WSBA No. 46584
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000
E-mail:  Irogers@perkinscoie.com

*Attorneys for Defendant Kizuki Fife Real Estate LLC*


s/ Conner G. Spani, WSBA No. 58788
Law Office of Conner G. Spani
PO Box 47162
Seattle, WA 98146-7162
E-mail:  Conner.Spani@spanilaw.com

*Attorneys for Plaintiff Jerimie Dixon*

STIPULATED MOTION AND ORDER TO EXTEND
EARLY CASE DEADLINES – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax: 206.359.9000

1

## ORDER

2     **IT IS SO ORDERED**

3     Dated this 6th day of December, 2022

4

5

6

7                                            David G. Estudillo
                                             United States District Judge

8

9

10

11    Presented by:

12

13    s/ Ian Rogers, WSBA No. 46584
      **Perkins Coie LLP**

14    1201 Third Avenue, Suite 4900
      Seattle, WA  98101-3099

15    Telephone:  206.359.8000
      Facsimile:  206.359.9000

16    E-mail:  Irogers@perkinscoie.com

17    *Attorneys for Defendant Kizuki Fife Real Estate LLC*

18

19    s/ Conner G. Spani, WSBA No. 58788
      Law Office of Conner G. Spani

20    PO Box 47162
      Seattle, WA 98146-7162

      E-mail:  Conner.Spani@spanilaw.com

21

22    *Attorneys for Plaintiff Jerimie Dixon*

23

24

25

26

STIPULATED MOTION AND ORDER TO EXTEND
EARLY CASE DEADLINES – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000