1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERIMIE DIXON, | No. 3:22-cv-05713-DGE |
| Plaintiff, | **STIPULATED MOTION AND ORDER EXTENDING EARLY CASE DEADLINES BY 60 DAYS** |
| v. | |
| KIZUKI FIFE REAL ESTATE LLC, | |
| Defendant. | |

16

17

18

    Pursuant to Local Civil Rules 7(j) and 10(g), Plaintiff Jerimie Dixon ("Plaintiff") and Defendant Kizuki Fife Real Estate LLC ("Defendant") hereby submit this stipulated motion to extend the early case deadlines in this matter by 60 days.

19

20

21

    WHEREAS, Defendant's current deadline to move, plead, or otherwise respond to the Complaint is February 7, 2023, and the deadlines for the  FRCP 26(f) conference, initial disclosures, joint status report, and initial scheduling conference follow shortly afterward.

22

23

24

25

    WHEREAS, good cause exists to extend these deadlines by 60 days because the parties are engaged in productive settlement discussions and the extension may allow them to avoid the need to expend resources on filings that would be unnecessary if the parties successfully resolve this dispute.

26

STIPULATED MOTION AND ORDER TO EXTEND
EARLY CASE DEADLINES – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    WHEREAS, this stipulated motion is filed in good faith and not for the purposes of

2  delay.

3    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among

4  Defendant and Plaintiff, subject to the Court's approval, the early case deadlines be amended as

5  follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Defendant's deadline to move, plead, or otherwise respond to Plaintiff's Complaint | February 7, 2023 | April 10, 2023 |
| Deadline to Conduct FRCP 26(f) Conference: | March 13, 2023 | May 12, 2023 |
| Deadline to Exchange Initial Disclosures Pursuant to FRCP 26(a)(1): | March 20, 2023 | May 19, 2023 |
| Deadline to File Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | March 27, 2023 | May 26, 2023 |
| Scheduling Conference | April 4, 2023 | June 3, 2023 |

DATED:  January 27, 2023

s/ Ian Rogers, WSBA No. 46584
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000
E-mail:  Irogers@perkinscoie.com

*Attorneys for Defendant Kizuki Fife Real Estate LLC*

s/ Conner G. Spani, WSBA No. 58788
Law Office of Conner G. Spani
PO Box 47162
Seattle, WA 98146-7162
E-mail:  Conner.Spani@spanilaw.com

*Attorneys for Plaintiff Jerimie Dixon*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND EARLY CASE DEADLINES – 2

1

<u>**ORDER**</u>

2

**IT IS SO ORDERED**

3

Dated this day of January 30th, 2023.

4

5

6

7

David G. Estudillo
United States District Judge

8

9

10

11

Presented by:

12

13

s/ Ian Rogers, WSBA No. 46584
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  Irogers@perkinscoie.com

14

15

16

17

*Attorneys for Defendant Kizuki Fife Real Estate LLC*

18

19

s/ Conner G. Spani, WSBA No. 58788
Law Office of Conner G. Spani
PO Box 47162
Seattle, WA 98146-7162
E-mail:  Conner.Spani@spanilaw.com

20

21

*Attorneys for Plaintiff Jerimie Dixon*

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND EARLY CASE DEADLINES – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000