UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERIMIE DIXON,<br><br>  Plaintiff,<br>  v.<br><br>KIZUKI FIFE REAL ESTATE LLC,<br><br>  Defendant. | CASE NO. 3:22-cv-05713-DGE<br><br>ORDER DISMISSING CASE |

On April 11, 2023, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). (Dkt. No. 15.) Accordingly, this case is DISMISSED without prejudice, with each party to bear its own fees and costs.

Dated this 25th day of May, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 1